[No. 3527-1.    Division One.    January 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY R. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69197, Norman B. Ackley, J., entered January 6, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3660-1.    Division One.    January 19, 1976.]

*In the Matter of the Adoption of*
PHYRON BERKINS, JR.

PHYRON BERKINS, SR., *Appellant*, v. CATHOLIC CHARITIES OF THE ARCHDIOCESE OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. A-23940, William C. Goodloe, J., entered March 3, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Callow, J.

[No. 2937-1.    Division One.    January 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. TERENCE JOHN FARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67091, Frank J. Eberharter, J., entered April 1, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2925-1.    Division One.    January 19, 1976.]

KENNETH S. RIPLEY, *Respondent*, v. WALTHEW LEGAL ASSOCIATES, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 751411, W. R. Cole, J., entered March 19, 1974. *Affirmed in part and reversed in part* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.